# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2163

_____

Pascual Matias Felipe-Felipe,

Petitioner,

v.

Eric H. Holder, Jr., Attorney General
of the United States,

Respondent.

\*
\*
\*
\*
\* Petition for Review of an
\* Order of the
\* Board of Immigration Appeals.
\*
\* [UNPUBLISHED]
\*
\*

_____

Submitted: March 6, 2012
Filed:  March 9, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Pascual Matias Felipe-Felipe petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of his application for cancellation of removal under 8 U.S.C. § 1229b(b).  In support of his application, Felipe-Felipe had asserted that his removal would result in exceptional and extremely unusual hardship to his American-citizen daughter.  In his petition for review, he argues that the immigration judge and the BIA misapplied the law by improperly weighing the relevant hardship factors.

Upon careful review, we conclude that we lack jurisdiction to review Felipe-Felipe's petition.  See Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 434 (8th Cir. 2007) (under 8 U.S.C. § 1252(a)(2)(B)(i), this court lacks jurisdiction to review denial of cancellation of removal for failure to prove exceptional and extremely unusual hardship to American-citizen child); see also Guled v. Mukasey, 515 F.3d 872, 880 (8th Cir. 2008) (petitioner's argument that immigration judge improperly weighed factors in denying cancellation of removal essentially challenged adverse discretionary conclusion and did not present reviewable question of law).

Accordingly, we dismiss the petition.

_____